```
 1  Susan St. Vincent
    Acting Legal Officer
 2  Matthew McNease
    Acting Legal Officer
 3  NATIONAL PARK SERVICE
    Law Enforcement Office
 4  P.O. Box 517
    Yosemite, California   95389
 5  Telephone: (209) 372-0241
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>JORDAN HOLMES,<br>　　　　Defendant. | Docket 6:12-MJ-0079-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND; ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

　　　　IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant, Jordan Holmes, by and through his attorney of record, Carol Moses, that the Bench Trial in the above-captioned matter currently set for February 20, 2013, at 10:00 a.m. be vacated. The parties have reached an alternative resolution, whereby Defendant will be issued a bailable citation for Unreasonable Noise (36 C.F.R. 2.34(a)(3)).

Dated: February 19, 2013　　　　　　/S/ Matthew McNease
　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　　　Yosemite National Park

Dated: February 19, 2013　　　　　　/S/ Carol Moses
　　　　　　　　　　　　　　　　　　　Carol Moses
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　Jordan Holmes

* * * ORDER * * *

The Court, having reviewed the above Stipulation in *United States v. Jordan Holmes*, 6:12-mj-79-MJS, HEREBY ORDERS AS FOLLOWS:

The **bench trial** now set for February 20, 2013 at 10:00 a.m., is **vacated.**

IT IS SO ORDERED.

Dated:   February 20, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE