Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO: 6:12-mj-079-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| JORDAN ALBURN HOLMES, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice. The Government has come to a resolution whereby Citation 2934506 – Disorderly Conduct – Fighting behavior, and Citation 2934507 – Under the Influence of Alcohol will be dismissed. Defendant has been issued a $175 bailable citation (293420) for Disorderly Conduct – Unreasonable noise.

//

//

1

Dated: April 1, 2014                               NATIONAL PARK SERVICE

                                                                   /S/ Matthew McNease
                                                                   Matthew McNease
                                                                   Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Jordan Alburn Holmes*, 6:12-mj-079-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   April 1, 2014                               /s/ *Michael J. Seng*
                                                                                UNITED STATES MAGISTRATE JUDGE